**Exhibit 1**

# NOVATO GROCERY CORP.
## 228 LEWIS AVENUE
## BROOKLYN, NEW YORK 11206
### TEL. (718) 453-4778

February 25, 2008

To Whom It May Concern:

THIS IS TO CERTIFY THAT MR. HECTOR R. LIMA MELO, WORKS FOR THIS FIRM AS A CASHIER, EARNING THE GROSS WEEKLY SALARY OF $300.00.

MR. LIMA MELO IS A VERY RELIABLE WORKER AND A VERY RESPONSIBLE PERSON. IF ANY ADDITIONAL INFORMATION IS NEEDED, PLEASE DO NOT HESITATE TO COTNACT ME AT YOUR CONVENIENCE.

VERY TRULY YOURS,

EDWIN PEREZ
OWNER.-

NOTARY PUBLIC

**Exhibit 2**



## North Brooklyn Health Network

Woodhull Medical &
Mental Health Center

Cumberland Diagnostic
and Treatment Center

Bushwick Communicare

Williamsburg Community
Health Center

Bushwick Community
Health Center

Eleanor Roosevelt Houses
Child Health Clinic

Fort Greene Child
Health Clinic

Greenpoint Community
Health Center

Jonathan Williams Houses
Child Health Clinic

Lafayette Houses Child
Health Clinic

Sumner Avenue Houses
Child Health Clinic

Williamsburg Child
Health Clinic

Wyckoff Gardens Houses
Child Health Clinic

Intermediate School 49

850 Grand Street Campus

Referral Letter for: _Madeline Almonte_

From:   Yaffa Goldstein L.M.S.W.

Date:   _01/20/09_

To Whom It May Concern

Please provide my client with assistance due to the difficult situation in which she finds herself at this time.

Pt experiancing prenatal depression due to pending incarceration of father with whom she describes close relationship. Pt has been unable to function (ie. meet Job responsibilties). Fathers incarceration might possibly have negative affect on wellbeing of unborn child.due

If you have any further questions pleas contact me at 718-963-8070 ext 2013 To stress.

Sincerely

Yaffa Goldstein L.M.S.W,        **SOCIAL WORK SERVICES**

*Yaffa Goldstein*

JUDITH YAFFA GOLDSTEIN LMSW
SOC Social Worker
NBHN # 297879
Lic # - 071100   Lang - Yiddish

Woodhull Medical &
Mental Health Center
760 Broadway
Brooklyn, New York
1 206-5317

A Member of
New York City Health and
Hospitals Corporation

**Exhibit 3**

To: My Father Hector-His son
From: Giderlyn Garcia
December 24,2008

Dear: Denise Tadd


     The only thing I want for Christmas is my father Hector to come back home; because I miss him a lot, and I really miss all the fun. We use to had when we use to go to the park and play basket ball, but now we can't do that, because he's not here with me to have all the fun that we had. So, please judge can you find it in your heart for me and my father Hector could be the same family we were.

     Every night I think about him and have dreams about all the things we used to do. When I'm in school; in class I think about him. My teacher's asks me, "What's wrong with me?" I just reply, by shaking my head.

     I just don't have anything to tell her because I feel so depressed, not having him here, in my life; like a father figure. I have an empty space in my heart no one can replace it but him.

     Judge Tadd, it's hard when you know you have a father, but just can't see him and talk to him about guy things like how you want to. Kids asks me, "Where's your father?" I put my head down and replied, "He's incinerated." Then I walk away in tears.

     Ms. Tadd, I feel like crying when I daydream. In class, I think about my father, of how much I miss him. The pain causes me to be quiet, to cry in silence. I cry on the inside but not on the outside. I get so much love in school, that teachers call my mom and concern about my unusual behavior; that they want to have conferences about me because it's causing me not to function in class.

     Please your Honor, I want my dad home for Christmas, New Years, and all my...



**Exhibit 4**



**Saint Nicholas**
**Human Support Corp.**

11 Catherine Street
Brooklyn, New York 11211-2722

Tel. (718) 388-5654
Fax. (718) 388-0476

February 20, 2008

Immigration Department

Re:  Carmen Batista-Nunez
SS #  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

To Whom It May Concern:

This letter is to certify that Ms. Batista-Nunez is an employee of our company working in the capacity of Home Attendant since March 26, 2003.
Her gross biweekly income is $519.51.

If you require additional information please do not hesitate to contact me.

Sincerely,

Lucia Plaza
Personnel Supervisor

Affiliate of the
Saint Nicholas
Neighborhood
Preservation Corporation

**Exhibit 5**

Hello Huessa My name is marleny
I want my uncle to come because.
I miss my uncle so, so, so, Much
that I can't sleep thinking that
my uncle is not going to come
all these days on till I new this
that I Love my uncle and I want
him to come out of jail today
please send my uncle home so
I could give him a big, big, big,
big, big hug to him I Love my
uncle so much.



**Exhibit 6**

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number:<br>MSC-07-345-20294 | | Case Type:<br>I-485 - Application to Register Permanent Residence or Adjust Status | |
|---|---|---|---|
| Received Date:<br>August 19, 2007 | Priority Date: | Applicant:   A097538311<br>LIMA MELO, HECTOR | |
| Notice Date:<br>September 13, 2007 | Page     1 OF 1 | ASC Code:    3 | |

| HECTOR LIMA MELO<br>1305 GATES AVE APT 2<br>BROOKLYN NY 11221 | Notice Type:              Receipt Notice<br><br>Amount Received:          $1,010.00 |
|---|---|

The above application has been received. Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**BIOMETRICS**
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

**PLEASE NOTE**

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

**WHAT TO BRING TO your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at  www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



5308806      0530880605

Form I-797C (Rev. 01/31/05) N

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| Receipt Number: | | Case Type: | |
| MSC-07-345-20295 | | I-130 - Petition for Alien Relative | |
| Received Date: | Priority Date: | Petitioner: | A046551175 |
| August 19, 2007 | | | BATISTA, CARMEN |
| Notice Date: | Page 1 OF 1 | Beneficiary: | A097538311 |
| September 13, 2007 | | | LIMA MELO, HECTOR |

CARMEN BATISTA
1305 GATES AVE APT 2
BROOKLYN NY 11221

Notice Type: Receipt Notice

Amount Received: $355.00

The above application/petition has been received. Please notify us immediately if any of the above information is incorrect. Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



5308806          0530880605

Form I-797C (Rev. 01/31/05) N

**Exhibit 7**

January 20, 2009

Dear Deniss Itadd,

I am very happy to be writing to you. First of all, I would like to say hello.

My name is Aranza Melo.  I am in the 7th grade, and I study in I.S.296. I am an excellent student in school, academically, & physically. In the fifth grade, I received an award to the White House. That time I was happy, cheerful, and full with joy.

My uncle's name is Hector Lima Melo. He is a great, fun, outgoing, and loving uncle. It makes me so sad that he is behind bars. Like I said before, I am a good student. But ever since my uncle went into jail, my grades went down, and my attitude has gone up.

On September 2, my sisters birthday, we entered school. My uncle was in jail, and both of us didn't enter school happily. Isn't it the worst feeling when all your friends are talking about something, and you don't have it? Thats how I feel when my friends and I talk about our family members.

My uncle Hector is the only uncle that I have with me. All of my others uncles are in the Dominican Republic. He is the only uncle that I can give a hug to when I'm sad.

I leave this situation in your hands. ( With the help of god!) I only want the best for my uncle. I know he is a good person, and he hasn't done anything big. Please set him free!

Sincerely,

Aranza Melo

**Exhibit 8**

Dear Deniss Ittad,

Hello I hope your having a great day so far. I am writing to you because of my uncle Hector.My uncle Hector would want the best for me.
My uncle Hector means a lot to me because he was always there for me.To see him in jail makes me sad because he was not there for my dads birthday, andthey are brothers.My name is
 Vanessa Melo next year I am graduating this year.It would be a shame not to have him there with me.When he is around me I feel a sense of pride.
   My family has had a really big loss with my uncle in jail.My uncle has a ton of humor.I still have a picture of when I was really small he was holding me in his arms. I still shed a tear or two knowing that he isn't there with me.I love my uncle Hector I hope that this letter let you know how much I love him.
      I get to see my beloved uncle from time to time. Like I told you before it hurts me very much to see him in jail. Whenever I am around my uncle we have fun times that always makes me laugh.

                                        Sincerely,
                                        Vanessa Melo

**Exhibit 9**

January 20, 2009

Dear Denise Field,

My name is Whitney Melo. I am 7 years old. I am in the second grade. I have an uncle. His name is Hector and he is in jail. I love him a lot. I wish he could get out of jail.

I miss my uncle a lot. He is a very good person because he was always there for me. Now he is in jail. Now I am sad, because he is not here anymore. I remember one time, when we went to the park, and he brought me ice-cream and a hot dog. In my old house, he used to live on the bottom floor. We lived on the top floor. I could see him everyday.

I have a picture of my old house when I was little. I was sitting on his lap. Me and him were happy. When he wasn't in jail, I had a lot of fun with him. My sister was right "You never know how much you love someone until they're gone."

I hope that god helps him. I miss him a lot. Please get him out!

Yours Truly,

Whitney

**Exhibit 10**

Para mi padrino.
for my Godfather.



I love you
padrino

Happy new year.

This letter is for Miss Judge

My name is Isamar, Hector is my God father almost like a father. Because My father is in Dominican Republic. I realy missed my padrino he to come play with me, visit and it been a long time I don't see him Momy says his in jail, but his coming out soon. Please let him out I missed him, he was not home for christmas I have al mi gifst to show him

Thank you....

**Exhibit 11**

# 1893   Saint Barbara Church   2009

*138 Bleecker Street*          *Brooklyn, NY 11221*
*Tel.: 718-452-3660*          *Fax: 718-452-1279*

January 20, 2008

Honorable Judge Denisse Todd,

I, Fr. Fulgencio Gutierrez, a catholic priest of the Diocese of Brooklyn, am writing this letter on behalf of **Mr. Hector Lima-Melo**, residing at 104 Himrod Street Apt. #2, Brooklyn, New York 11221.

Mr. Hector Lima-Melo is a *bona fide* and is an active member of our parish where he worships regularly on Sundays. He has been a member of St. Barbara Church for many years. I have always found him to be friendly, cooperative and bright in my encounters with him. He is a dedicated, hard-working, and industrious man as a member of this community.

If I can be of any further assistance, please do not hesitate to contact me.

Respectfully yours,

Fr. Fulgencio Gutierrez
Pastor

**Exhibit 12**

**CARIBBEAN CONSULTING GROUP INC.**
**163 MONTROSE AVENUE**
**BROOKLYN, NEW YORK 11206**
**TEL: 1-718-384-6256**

January 19th, 2009

Honorable Judge Denisse Todd:

I, Joe Muniz, President of the Caribbean Consulting Group Inc, located at 163 Montrose Avenue Brooklyn, New York 11206. I want to certify the following:

That I have known Mr. Hector Lima-Melo, over the age, residing at 104 Himrod Street apt#2 Brooklyn, New York 11221, for the past 10 years.

I know Mr. Hector Lima-Melo as a client in my office and we became good friends and I would visit him in the family store and I know that Mr. Lima-Melo is a good person and gets along with others and would do a favor for anyone in need.

If you are in need of further information please feel free to contact me at the above address or phone number.

Respectfully Yours,

Mr. Joe Muniz

**Exhibit 13**

Celibee Vecchio
86 Beaver Street Apt 3F
Brooklyn, NY 11206

To: Judge Dennis
Re: Hector Melo

Hi Judge Dennis my name is Celibee Vecchio I write this letter regarding to Mr. Hector Melo, I had the pleasure to be a of his friends for a long time, I know him for the past 15 years and for expectation  he is good person for his family and for the community . If I had to highlight some of his qualities, I would say they are (Integrity, respectful, family man, and Loyalty).

Yours Truly

Celibee Vecchio